| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Matthew_scoble@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | JEREMY ALAN PUTNAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-mj-0236-AC |
|---|---|
| Plaintiff, | ) |
| vs. | ) Date: November 20, 2013 |
| | ) Time: 2:00 pm |
| JEREMY ALAN PUTNAM, | ) |
| Defendant. | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for October 23, 2013, at 2:00 p.m. to November 20, 2013, at 2:00 p.m., before the duty magistrate judge.

Counsel requires the time to discuss a potential pre-indictment resolution of this case with Mr. Putman.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to November 20, 2013. The parties stipulate that the ends of justice served by granting Mr. Putman's request for a continuance outweigh the best interest of the public and Mr. Putman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

/ / /

Stipulation to Continue Preliminary Hearing *U.S. v Putman, 2:13-mj-236-AC*

Dated: October 22, 2013

HEATHER E. WILLIAMS
Federal Defender

*/s/ MATTHEW M. SCOBLE*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
JEREMY ALAN PUTMAN

Dated: October 22, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matt M. Scoble for Matt Morris*
MATT MORRIS
Assistant U.S. Attorney

# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to November 20, 2013, at 2:00 p.m., before Magistrate Judge Kendall J. Newman, and time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putman's request for a continuance outweigh the best interest of the public and Mr. Putman in a speedy trial.

IT IS SO ORDERED.

Dated: October 22, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Putnam0236.stipord.cont.PE.docx